UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-245-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **DEMARCUS DONTE IVEY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the Court on Defendant's pro se "Initial Brief and Memorandum in Support of His Motion Under § 2255 to Vacate, Set Aside, or Correct his Sentence by a Person in Federal Custody" [Doc. 134] that has been construed as a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.

In the cover letter accompanying this filing, the Defendant purports to have mailed the Court a "Motion under 28 U.S.C. § 2255…" as well as an "Initial Brief and memorandum in support…." [Doc. 134-3]. The Court has only received the latter document. The Defendant shall, within fourteen (14) days of this Order, file the § 2255 Motion to Vacate. Should he fail to do so, the Court will proceed on the "Initial Brief and Memorandum…." [Doc. 134].

**IT IS, THEREFORE, ORDERED** that the Defendant shall, within **fourteen (14) days** of this Order, file the § 2255 Motion to Vacate. Should he fail to do so, the Court will proceed on the "Initial Brief and Memorandum…" [Doc. 134].

The Clerk is respectfully instructed to mail the Defendant a copy of this Order and a blank § 2255 form.

**IT IS SO ORDERED**.

Signed: July 31, 2024

Max O. Cogburn Jr
United States District Judge